**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

*********************************************************************************

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | BK. 20-20370-JAD |
| MARIA S. PIZZONIA, | ) | |
| | ) | |
| DEBTOR | ) | Chapter 13 |
| | ) | |
| | ) | |

*********************************************************************************

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM (CLAIM #7)

Municipality of Penn Hills ("Municipality") filed a claim on April 17, 2020, in the above-captioned case. The Municipality hereby withdraws this claim as such claim has been paid in full. Such withdrawal shall have no impact on any other proof(s) of claim filed by the Municipality in the above-captioned case.

Respectfully submitted,

KRATZENBERG, LAZZARO, LAWSON & VINCENT

  /S/ Michael Mazzella
Michael Mazzella, Esquire
PA I.D. No. 321153
546 Wendel Road
Irwin, PA 15642
Telephone (724) 978-0333
Facsimile (724) 978-0339
ymmerdian@keystonecollects.com
Attorney for Municipality of Penn Hills