IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-20370-JAD |
| Maria S. Pizzonia, | : | |
| Debtor. | : | |
| | : | Chapter 13 |
| Maria S. Pizzonia, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents. | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On February 11, 2020, at docket number 10, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certificate of Completion of a Personal Financial Management Course*.

This Certification is being signed under penalty of perjury by the Debtor who carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

*Maria S. Pizzonia*
Maria S. Pizzonia
Debtor

RESPECTFULLY SUBMITTED,
THE DEBT DOCTORS, LLC

By:    /s/*Matthew M. Herron*
Matthew M. Herron
607 College Avenue, Suite 101
Pittsburgh, PA 15232
mmh@thedebtdoctors.com
412-395-6001
PA I.D. No. 88927

PAWB Local Form 24 (07/13)