**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARIA S. PIZZONIA<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>   Movant<br>   vs.<br>No Respondents. | Case No.:20-20370 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

February 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/31/2020 and confirmed on 6/30/20 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 35,955.00 |
| Less Refunds to Debtor | 3,374.31 | |
| TOTAL AMOUNT OF PLAN FUND | | 32,580.69 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,787.99 | |
|   Trustee Fee | 1,847.79 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,635.78 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9439 | | | | |
|   PENN HILLS MUNICIPALITY (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8106 | | | | |
|   BANK OF AMERICA NA** | 7,699.56 | 7,699.56 | 919.94 | 8,619.50 |
|     Acct: 4565 | | | | |
| | | | | 8,619.50 |
| **Priority** | | | | |
|   MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARIA S. PIZZONIA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARIA S. PIZZONIA | 3,374.31 | 3,374.31 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 1,787.99 | 1,787.99 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX7/21 | | | | |
|   THE DEBT DOCTORS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   MARINER FINANCE LLC | 1,992.87 | 1,992.87 | 0.00 | 1,992.87 |
|     Acct: 7229 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC A/S/F C | 8,108.17 | 8,108.17 | 0.00 | 8,108.17 |
|     Acct: 9496 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 3,386.63 | 3,386.63 | 0.00 | 3,386.63 |
|     Acct: 7580 | | | | |
|   WELLS FARGO BANK NA | 4,837.74 | 4,837.74 | 0.00 | 4,837.74 |
|     Acct: 6130 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7580 | | | | |
|   POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |

20-20370 JAD                                                                                     Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| Acct: | | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | | 18,325.41 |

| TOTAL PAID TO CREDITORS | | | | | 26,944.91 |
|---|---|---|---|---|---|

TOTAL CLAIMED
PRIORITY           0.00
SECURED       7,699.56
UNSECURED    18,325.41


Date: 02/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARIA S. PIZZONIA

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-20370 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20370-JAD |
| Maria S. Pizzonia | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 26, 2025 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria S. Pizzonia, 5916 Heberton Drive, Verona, PA 15147-3325 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | Municipality of Penn Hills, Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15207895 | + | Mariner Financial, 1800 Golden Mile Highway Suite 102, Pittsburgh, PA 15239-2893 |
| 15192569 | + | Penn Hills School District, Tax Office, 260 Aster St., Pittsburgh, PA 15235-2059 |
| 15195625 | + | Wells Fargo Bank, N.A., c/o Jill Manuel-Coughlin, Esquire, 8 Neshaminy Interplex Drive, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2025 01:29:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 27 2025 00:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15192565 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 27 2025 00:36:00 | Bank of America, P.O. Box 15220, Wilmington, DE 19886-5220 |
| 15192566 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 27 2025 00:36:00 | Bank of America, P.O. Box 2759, Jacksonville, FL 32203-2759 |
| 15221469 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 27 2025 00:36:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 15228874 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 27 2025 00:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15192567 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 27 2025 00:36:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham MD 21236-5904 |
| 15231409 | + | Email/Text: Bankruptcy@keystonecollects.com | Feb 27 2025 00:37:00 | Municipality of Penn Hills, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15192568 | + | Email/PDF: cbp@omf.com | Feb 27 2025 01:16:20 | One Main, P.O. Box 740594, Cincinnati, OH 45274-0594 |
| 15195404 | + | Email/PDF: cbp@omf.com | Feb 27 2025 01:15:37 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15192570 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2025 01:15:42 | Sam's Club/SYNCB, P.O. Box 960013, Orlando, FL 32896-0013 |
| 15193685 | ^ | MEBN | Feb 27 2025 00:21:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15192571 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Feb 27 2025 01:50:40 | Wells Fargo, PO Box 10335, Des Moines, IA |

Case 20-20370-JAD    Doc 49    Filed 02/28/25    Entered 03/01/25 00:31:25    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2025 | Form ID: pdf900 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | | 50306-0335 |
| 15204400 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | Feb 27 2025 01:29:21 | Wells Fargo Bank, N.A., 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 15228296 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Feb 27 2025 02:44:02 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15192572 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Feb 27 2025 02:44:02 | Wells Fargo Card Services, P.O. Box 77053, Minneapolis, MN 55480-7753 |
| 15207899 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | Feb 27 2025 01:51:20 | Wells Fargo Home Mortgage, P.O. Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | WELLS FARGO BANK, N.A. |
| 15207893 | * | Bank of America, P.O. Box 15220, Wilmington, DE 19886-5220 |
| 15207894 | * | Bank of America, P.O. Box 2759, Jacksonville, FL 32203-2759 |
| 15207896 | *+ | One Main, P.O. Box 740594, Cincinnati, OH 45274-0594 |
| 15207897 | *+ | Sam's Club/SYNCB, P.O. Box 960013, Orlando, FL 32896-0013 |
| 15207898 | * | Wells Fargo Card Services, P.O. Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2025              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com |
| Jill Manuel-Coughlin | |
| | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Matthew M. Herron | |
| | on behalf of Debtor Maria S. Pizzonia mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | |
| | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 26, 2025 | Form ID: pdf900 | Total Noticed: 23 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 7