IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARIA S. PIZZONIA

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

**DEFAULT O/E JAD**

Case No.:20-20370 JAD

Chapter 13

Related to Doc No.: 45

ORDER OF COURT

AND NOW, this  25th  day of  April , 20 25 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_sjk_
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
4/25/25 12:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20370-JAD |
| Maria S. Pizzonia | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 25, 2025 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria S. Pizzonia, 5916 Heberton Drive, Verona, PA 15147-3325 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | Municipality of Penn Hills, Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15207895 | + | Mariner Financial, 1800 Golden Mile Highway Suite 102, Pittsburgh, PA 15239-2893 |
| 15192569 | + | Penn Hills School District, Tax Office, 260 Aster St., Pittsburgh, PA 15235-2059 |
| 15195625 | + | Wells Fargo Bank, N.A., c/o Jill Manuel-Coughlin, Esquire, 8 Neshaminy Interplex Drive, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2025 00:22:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2025 00:18:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15192565 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2025 00:17:00 | Bank of America, P.O. Box 15220, Wilmington, DE 19886-5220 |
| 15192566 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2025 00:17:00 | Bank of America, P.O. Box 2759, Jacksonville, FL 32203-2759 |
| 15221469 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2025 00:17:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 15228874 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2025 00:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15192567 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 26 2025 00:18:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham MD 21236-5904 |
| 15231409 | + | Email/Text: Bankruptcy@keystonecollects.com | Apr 26 2025 00:18:00 | Municipality of Penn Hills, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15192568 | + | Email/PDF: cbp@omf.com | Apr 26 2025 00:22:06 | One Main, P.O. Box 740594, Cincinnati, OH 45274-0594 |
| 15195404 | + | Email/PDF: cbp@omf.com | Apr 26 2025 00:35:44 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15192570 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 26 2025 00:21:49 | Sam's Club/SYNCB, P.O. Box 960013, Orlando, FL 32896-0013 |
| 15193685 | ^ | MEBN | Apr 25 2025 23:57:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15192571 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 26 2025 01:22:07 | Wells Fargo, PO Box 10335, Des Moines, IA |

Case 20-20370-JAD    Doc 54    Filed 04/27/25    Entered 04/28/25 00:27:02    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2025 | Form ID: pdf900 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| 15204400 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | 50306-0335 |
| | | | Apr 26 2025 01:11:48 | Wells Fargo Bank, N.A., 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 15228296 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Apr 26 2025 01:22:07 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15192572 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Apr 26 2025 01:11:54 | Wells Fargo Card Services, P.O. Box 77053, Minneapolis, MN 55480-7753 |
| 15207899 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | Apr 26 2025 00:21:14 | Wells Fargo Home Mortgage, P.O. Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | WELLS FARGO BANK, N.A. |
| 15207893 | * | Bank of America, P.O. Box 15220, Wilmington, DE 19886-5220 |
| 15207894 | * | Bank of America, P.O. Box 2759, Jacksonville, FL 32203-2759 |
| 15207896 | *+ | One Main, P.O. Box 740594, Cincinnati, OH 45274-0594 |
| 15207897 | *+ | Sam's Club/SYNCB, P.O. Box 960013, Orlando, FL 32896-0013 |
| 15207898 | * | Wells Fargo Card Services, P.O. Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com |
| Jill Manuel-Coughlin | |
| | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Matthew Fissel | |
| | on behalf of Creditor WELLS FARGO BANK N.A. matthew.fissel@brockandscott.com, wbecf@brockandscott.com |
| Matthew M. Herron | |
| | on behalf of Attorney The Debt Doctors LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | |
| | on behalf of Debtor Maria S. Pizzonia mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | |

District/off: 0315-2 | User: auto | Page 3 of 3
---|---|---
Date Rcvd: Apr 25, 2025 | Form ID: pdf900 | Total Noticed: 23

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8